

AlaFile E-Notice

02-CV-2021-900654.00

To: EATON G. BARNARD
eaton@taylormartino.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

BRANDON K. WATSON V. UST LOGISTICAL SYSTEMS, INC.
02-CV-2021-900654.00

The following complaint was FILED on 4/16/2021 11:01:52 AM

Notice Date:     4/16/2021 11:01:52 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

**EXHIBIT "A"**



ELECTRONICALLY FILED
4/16/2021 11:01 AM
02-CV-2021-900654.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **DEBRA FREDRICKS, as Mother and Conservator of BRANDON K. WATSON,** | * <br> * <br> * |
| **Plaintiff,** | * <br> * |
| v. | *   Civil Action No.: CV-2021- 900654 <br> * |
| **UST SELECT, INC.., d/b/a U.S. TRANSPORT CORPORATION,** Fictitious parties A, B & C, being those persons, entities or corporations who were driving the truck involved in the collision with BRANDON K. WATSON on April 1, 2021 and/or otherwise responsible for the acts complained of herein whose identities are not known at this time but will be added when ascertained. | * <br> * <br> * <br> * <br> *   **PLAINTIFF REQUESTS TRIAL BY JURY** <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| **Defendants.** | * |

## AMENDED COMPLAINT

Comes now Plaintiff DEBRA FREDRICKS and amends her Complaint to correctly identify Defendant UST SELECT, INC. (incorrectly identified as UST LOGISTICAL SYSTEMS, INC.) and alleges against Defendants as follows:

1)   Plaintiff DEBRA FREDRICKS, mother and guardian of BRANDON K. WATSON, is a resident of Mobile County, Alabama and was so at all relevant times.

2)   BRANDON K. WATSON is an adult resident of Mobile County, Alabama and was so at all relevant times.

3)   Defendant UST SELECT, INC. is a foreign corporation and doing business as U.S. TRANSPORT CORPORATION ("U.S. TRANSPORT") in Mobile County, Alabama at all relevant times.

4) A, B, and C are those persons, entities or corporations who were driving the truck involved in the collision with BRANDON K. WATSON on April 1, 2021 and/or otherwise responsible for the acts complained of herein whose identities are not known as this time but will be added when ascertained.

5) Upon information and belief, on April 1, 2021, BRANDON K. WATSON was driving his motorcycle east on Cottage Hill Road. An unidentified driver was driving a truck owned by U.S. TRANSPORT and traveling west on Cottage Hill Road. The unidentified driver made a left turn into Burlington Place subdivision as Plaintiff was approaching, causing BRANDON K. WATSON to crash into the passenger side of the Defendant's truck.

## **COUNT ONE – NEGLIGENCE**

6) Defendant fictitious parties, A, B, and C, individually and while working for U.S. TRANSPORT, and driving a truck owned by U.S. TRANSPORT, was negligent in failing to pay attention, being distracted while driving, failing to keep a proper look-out and failing to see what was there to be seen.

7) As an actual and proximate result of the Defendants negligence, Plaintiff suffered severe injuries, including a closed head injury, a broken leg and pelvis and other injuries. Plaintiff has suffered the following damages:

    a) Past and future medical expenses;

    b) Permanent injures and/or disabilities;

    c) Past and future pain, suffering, and mental anguish;

    d) Past and future lost wages;

    e) Past and future loss of the enjoyment of life; and

  f)  Others as proven.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter judgment against Defendants in such sum in excess of the minimum jurisdictional limits of this Court, as determined to be just, reasonable and adequate under the circumstances, including interest and all costs of this proceeding.

### COUNT TWO – RECKLESSNESS\WANTONNESS

8) Plaintiff adopts and re-alleges the allegations in paragraphs numbered 1 through 7 of this Complaint as if fully set forth herein and substitutes the words "reckless or wanton" and "recklessness or wantonness" for the words "negligent" and "negligence".

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter judgment against Defendants, including punitive damages, in such sum in excess of the minimum jurisdictional limits of this Court, as determined to be just, reasonable and adequate under the circumstances, including interest and all costs of this proceeding.

### PLAINTIFF REQUESTS TRIAL BY JURY

Done this the 16th day of April, 2021.

        Respectfully submitted,

        Attorney for the Plaintiff

        */s/ Eaton G. Barnard*
        EATON G. BARNARD (BAR059)
        Taylor Martino, PC
        P. O. Box 894
        Mobile, Alabama 36601
        Telephone: (251) 433-3131
        Email: eaton@taylormartino.com

**Defendants to be served via Certified Mail at the following:**

UST Select, Inc.
c/o Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street, Suite 200
Daphne, Alabama 36526